# Exhibit A

| Seller Aliases | Email(s) |
|---|---|
| fuyahuishop | 18045386656@163.com |
| KAELTHAS | a13316297606@outlook.com |
| ElaineSHOP | elainehuang5293@hotmail.com |
| dongshicheng | liuhuan1992012022@163.com |
| KeTingMaoYi LT SHOP | luoting3183@126.com |
| LouDiShiPoRanKuoMaoYiYouXianGongSi | nez958403@163.com |
| chongqingyuxinfeishangmaoyouxiangongsi | wbuu5779@outlook.com |
| Durcoo | xiedadale@163.com |
| linzhicong direct | zhicongamazon@163.com |
| guangzhoushuxinyunbaihuo | zly197808@126.com |
| gales_gallup | andres_macdonald@hotmail.com |
| Duncan-Yonng | carey-burne-jones@hotmail.com |
| chang4126 | changqingz5@163.com |
| happy-electronic-store | dayuluoxia1234@outlook.com |
| ganfu-36 | ganfuzhong@sina.com |
| Henry MensUnderwear | hafei95588@163.com |
| Battnet | hkhyxtiger@163.com |
| BatteryShop-HY | huayingxing20@outlook.com |
| janehomehor | janehorhome@outlook.com |
| Charles_Tisyri | matthes_tionpar@hotmail.com |
| leonardoyo | pengzhuoxp33@yeah.net |
| harry_lightvdertem | william_asccono@hotmail.com |
| ethanwilliam_8 | yp3256985246@yeah.net |
| JINITAIMEIK | 13027155126@163.com |
| Clean Fire A | 13036129717@163.com |
| Hai Ti Lan J | 13163205397@163.com |
| CoolShell | 13760062733@139.com |
| Haven Wall Art | 15160063552@139.com |
| CASE GENIUS | 1586526331@qq.com |
| Boya Gallery | 15880305665@163.com |
| Dapper Domain | 17033097952@aliyun.com |
| AENFLAG | 17679968939@163.com |
| CHAO YA J | 17754414820@163.com |
| Easy Tshirt | 18491808@qq.com |
| DailyTees | 18491808@qq.com |
| ATEO SL | 18599581938@163.com |
| DyeDitty | 18657579848@163.com |
| cool Sticker AA | 18933053060@163.com |
| DBIVE Shop | 19214901609@163.com |
| GT for you | 2918028005@qq.com |
| Fver Vlat | 3228471637@qq.com |
| CLAMFIT | 3574266527@qq.com |

| | |
|---|---|
| Elegant and charming car sticker | 3932179970@qq.com |
| Biu Custom Shop | 546219419@qq.com |
| Bk RDO | 576034655@qq.com |
| C Flying Fish Shop | 626855715@qq.com |
| D STcc c | 731655362@qq.com |
| Gadget Grove case | 740189182@qq.com |
| GlowWardrobe | 838959513@qq.com |
| aFXZVECNAaa aSANaaaaaa | 85-1@shangshangchan.com |
| guoweiweiBBB | 891616955@qq.com |
| FZnaiT | 981850873@qq.com |
| CASE PICK FOR YOU | a16522157448@163.com |
| JUHAI CASE | a16522158492@163.com |
| CIEtuoaR | chenjieqi303523@163.com |
| HavocAhreads | lujinnu196647eg@163.com |
| Cozy nook one | luo-temu003@outlook.com |
| Active Knit Pullover | shangraoqingxin123@163.com |
| FFBboydy | temu16705441910@163.com |
| HONGYUNJIAKE | zymy15870930542@163.com |
| Cars and Gardens | 3956903807@qq.com |
| Cedric Jen | 755452895@qq.com |
| Nova Basics | fe251213986@outlook.com |
| | xueni@yingkelawyer.com; nixuesydney@gmail.com |
| | jeffrey.liu@usatro.com |
| | settlement@makridakispllc.com; nickm@makridakispllc.com |
| | kossofipr@outlook.com |
| | skalberg@directionip.com; dbennett@directionip.com |