**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GENERAL MOTORS LLC, | |
| Plaintiff, | Case No. 26-cv-05614 |
| v. | **Judge Mary M. Rowland** |
| CHONGQINGYUXINFEISHANGMAOYOUXIANG ONGSI, et al., | **Magistrate Judge Gabriel A.** |
| Defendants. | **Fuentes** |

**PLAINTIFF'S STATUS REPORT**

Pursuant to the Court's Order [36], Plaintiff General Motors LLC ("Plaintiff") submits the following status report.

On June 8, 2026, Plaintiff filed its Motion for Entry of a Preliminary Injunction ("Motion for PI"). [34]. Defendants were required to respond to Plaintiff's Motion for PI by June 23, 2026. *See* [36]. Defendant Durcoo (Def. No. 3) filed a Motion to Dismiss for Insufficient Service of Process on June 23, 2026. *See* [39]. The Court has not set a briefing schedule on Defendant Durcoo's Motion. Plaintiff's Motion for PI is still pending.

Dated this 30th day of June 2026.            Respectfully submitted,

/s/ Marcella D. Slay
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Rachel S. Miller
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
rmiller@gbc.law

*Counsel for Plaintiff General Motors LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Marcella D. Slay
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Rachel S. Miller
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
rmiller@gbc.law

*Counsel for Plaintiff General Motors LLC*