**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| GENERAL MOTORS LLC, | |
| Plaintiff, | Case No. 26-cv-05614 |
| v. | **Judge Mary M. Rowland** |
| CHONGQINGYUXINFEISHANGMAOYOUXIANGONGSI, et al., | **Magistrate Judge Gabriel A.** |
| Defendants. | **Fuentes** |

## <u>JOINT STIPULATION OF DISMISSAL</u>

Plaintiff General Motors, LLC ("Plaintiff") and Durcoo (Def. No. 3) (together, the "Parties") hereby stipulate to dismiss this action with prejudice, including all claims and counterclaims stated herein against the Parties. Each party will bear their own costs and attorneys' fees.

Dated this 16th day of July 2026.     Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Rachel S. Miller
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
rmiller@gbc.law

*Counsel for Plaintiff General Motors LLC*

/s/_*Steven G. Kalberg*___
Steven G. Kalberg
Direction IP Law
P.O. Box 14184
Chicago, IL 60614
847-508-1294
skalberg@directionip.com

*Counsel for Defendant Durcoo*