**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GENERAL MOTORS LLC,

       Plaintiff,

v.

CHONGQINGYUXINFEISHANGMAOYOUXIANGONGSI, et al.,

       Defendants.

Case No. 26-cv-05614

**Judge Mary M. Rowland**

**Magistrate Judge Gabriel A. Fuentes**

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff General Motors LLC ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
| --- | --- |
| aFXZVECNAaa aSANaaaaaa | 26 |
| Fver Vlat | 49 |
| guoweiweiBBB | 54 |

Dated this 23rd day of July 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Rachel S. Miller
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
rmiller@gbc.law

*Counsel for Plaintiff General Motors LLC*