**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

General Motors LLC

|                                        | Plaintiff,                          |
| -------------------------------------- | ----------------------------------- |

v.

Case No.:
1:26–cv–05614

Honorable Mary M. Rowland

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 10, 2026:

      MINUTE entry before the Honorable Mary M. Rowland: A joint stipulation of dismissal [46] has been filed. Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff's action against Defendant Durcoo is dismissed with prejudice. Each side to bear its own costs. Defendant Durcoo's motion to dismiss [39] is denied as moot. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.